```
                                          IN RE
                                          HENRY LEE JENKINS
                                          PO BOX 723
  1601359-Court-A-Unit
  HERBERT FRANK ALLEN                     PINETOPS, NC 27864
  PO BOX 1258                                     SSN or Tax I.D.   XXX-XX-7639
  ATTORNEY AT LAW                         ------------------------------
  TARBORO, NC 27886-1258                  SHEILA LANNETTE JENKINS
                                          PO BOX 723

                                          PINETOPS, NC 27864
                                                  SSN or Tax I.D.   XXX-XX-7262

  United States Bankruptcy Court
  PO Box 791
  Raleigh, NC 27602                          Chapter 13
                                             Case Number:  16-01359-5-JNC
```

                      NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the
Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney,
if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to
consider your views on the motion, then on or before 06/06/2016, you or your attorney must file with
the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your
position, and a request for hearing at:

                          U.S. Bankruptcy Court
                          PO Box 791
                          Raleigh, NC  27602

If you mail your response to the court for filing, you must mail it early enough so the court will receive
it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| HENRY LEE JENKINS | HERBERT FRANK ALLEN | Richard M. Stearns |
| PO BOX 723 | PO BOX 1258 | 1015 Conference Dr. |
| PINETOPS, NC 27864 | ATTORNEY AT LAW | Greenville, NC 27858 |
| ------------------------------ | TARBORO, NC 27886-1258 | |
| SHEILA LANNETTE JENKINS | | |
| PO BOX 723 | | |
| PINETOPS, NC 27864 | | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will
be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified
accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief
sought in the motion or objection and may enter an order granting that relief.

Date:  May 05, 2016                          Richard M. Stearns
                                             Chapter 13 Trustee
                                             1015 Conference Dr.
                                             Greenville, NC 27858

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE:                                                                  CASE NUMBER:  16-01359-5-JNC

**HENRY LEE JENKINS**

**SHEILA LANNETTE JENKINS**

CHAPTER 13

DEBTOR(S)

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

   NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on April 19, 2016, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C. §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the Trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   $1125.00 PER MONTH FOR 60 MONTHS.

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before July 18, 2016 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before September 12, 2016 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

   a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
| --- | --- | --- |

| Creditor | Collateral | |
|---|---|---|
| #010 SANTANDER CONSUMER USA | 2014 DODGE JOURNEY | **TO BE PAID DIRECT.** |

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, to be paid over the life of the plan. Two post-petition contractual payments shall be included in the arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**
.

| Creditor | Collateral |
|---|---|
| NONE | |

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #009 VANDERBILT MORTGAGE | MORTGAGE & ARREARS. | CREDITOR TO RECEIVE CONTRACT PAYMENT. THIS DEBT MAY CONTINUE BEYOND THE TERM OF THE PLAN. *ARREARS* OVER THE **TERM OF THE PLAN.** |
| #024 UNITED CONSUMER FINANCIAL SERVICES | KIRBY VACUUM | $2,117.19; TO BE PAID OVER THE TERM OF THE PLAN **@ 5.50% INTEREST.** |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #011 SPRINGLEAF FINANCIAL SERVICES | 2005 NISSAN ALTIMA | $5,125.00 SECURED<br>$1,751.45 UNSECURED | TO BE PAID OVER THE TERM OF THE PLAN @ **5.50% INTEREST.** |

e. Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

   NONE

   Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7, 8 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased or Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $5,000.00. The Trustee recommends to the Court a fee of $5,000.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:   NONE

RICHARD M. STEARNS

_____
Standing Chapter 13 Trustee

**EXHIBIT 'A'**

| | | | |
|---|---|---|---|
| **DEBTORS:** | HENRY & SHEILA JENKINS | **CASE NUMBER:** | 16-01359-5-JNC |

**EMPLOYMENT:**

| | | | |
|---|---|---|---|
| Debtor: | DISABILITY | GROSS INCOME: | $989.00 |
| Spouse: | KEIHAN SYSTEMS TECH & CHILD SUPPORT | | $3,958.00 |

**Prior Bankruptcy cases:**   Yes ☐   No ☒   If so, Chapter ____ filed ____

Disposition:

**Real Property**: House and Lot ☐  Mobile home ☐  Lot/Land ☐  Mobile Home/Lot ☒

| | | | |
|---|---|---|---|
| Description: | RESIDENCE @ 2976 BYNUM FARM ROAD / JOINT | | |
| FMV | $72,937.00 | Date Purchased | |
| Liens | $58,402.81 | Purchase Price | |
| Exemptions | $14,534.19 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | $72,937.00 |

| | | | |
|---|---|---|---|
| Description | N/A | | |
| FMV | | Date Purchased | |
| Liens | | Purchase Price | |
| Exemption | | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS**:

**Attorney Fees:**
| | | |
|---|---|---|
| Requested: | $5,000.00 | (excluding filing fee) |
| Paid: | $172.00 | (excluding filing fee) |
| Balance: | $4,828.00 | |

**Trustee's Recommendation:**   $5,000.00
Comments:

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $71,304.22 | Pay in | $67,500.00 | Priority | 0.00% |
| Priority | $0.00 | Less 8.00% | $5,400.00 | Secured | 100.00% |
| Secured | $51,797.45 | Subtotal | $62100.00 | Unsecured | 28.06% |
| Unsecured | $19,506.77 | Req. Atty. Fee | $4,828.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $57,272.00 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

| | | | | |
|---|---|---|---|---|
| | | **Annual Review:** | Yes ☒ | No ☐ |
| | | **Payroll Deduction:** | Yes ☐ | No ☒ |
| Objection to Confirmation: | | Yes ☐ | No ☒ | |

      Pending:
      Resolved:

<u>Motions Filed:</u>     Yes ☐    No ☒

      If so, indicate type and status:

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1601359 | TRUSTEE: 54 | COURT: 278 | Page 1 of 2 |
| TASK: 05-04-2016.00814614.LSA000 | | DATED: 05/05/2016 | |
| Court | | Served Electronically | |
| Trustee | | Richard M. Stearns | 1015 Conference Dr.<br>Greenville, NC 27858 |
| Debtor | | HENRY LEE JENKINS | PO BOX 723<br>PINETOPS, NC 27864 |
| Joint | | SHEILA LANNETTE JENKINS | PO BOX 723<br>PINETOPS, NC 27864 |
| 799 | 000002 | HERBERT FRANK ALLEN<br>ATTORNEY AT LAW | PO BOX 1258<br>TARBORO, NC 27886-1258 |
| 014 | 000014 | FINGERHUT<br>CHAPTER 13 BANKRUPTCY | PO BOX 166<br>NEWARK, NJ 07101-1758 |
| IRS | 000005 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY | P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| ATYGEN | 000003 | The Honorable Loretta Lynch<br>950 Pennsylvania Ave. NW | U.S. Department of Justice<br>Washington, DC 20530 |
| USATTY | 000007<br>*CM | US ATTORNEY<br>310 NEW BERN AVE, FEDERAL BLDG | ATTENTION: BANK OFFICER, STE 800<br>RALEIGH, NC 27601-1461 |
| NCREV | 000006 | NC DEPT. OF REVENUE<br>ATTN: ANGELA FOUNTAIN | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| 020 | 000020 | VECTOR SECURITY SYSTEM | 5606 CHAPEL HILLE ROAD STE 118<br>RALEIGH, NC 27607 |
| ESC | 000004 | EMPLOYMENT SECURITY COMMISSION<br>CHAPTER 13 BANKRUPTCY | PO BOX 26504<br>RALEIGH, NC 27611 |
| 015 | 000015 | MARINER FINANCE | 1364 BENVENUE RD<br>ROCKY MOUNT, NC 27804 |
| 018 | 000018 | TIME FINANCE | PO BOX 8223<br>ROCKY MOUNT, NC 27804 |
| 016 | 000016 | ONE MAIN FINANCIAL | 109 S GRACE ST<br>ROCKY MOUNT, NC 27804-5602 |
| 021 | 000021 | VIDANT EDGECOMBE HOSPITAL<br>CHAPTER 13 BANKRUPTCY | PO BOX 8307<br>GREENVILLE, NC 27835 |
| 022 | 000022 | VIDANT MULTI SPECIALITY CLINIC | 101 HOSPITAL DRIVE<br>TARBORO, NC 27866 |
| 008 | 000008 | VANDERBILT MORTGAGE<br>BANKRUPTCY DEPARTMENT | PO BOX 9800<br>MARYVILLE, TN 37802 |
| 009 | 000009 | VANDERBILT MORTGAGE<br>BANKRUPTCY DEPARTMENT | PO BOX 9800<br>MARYVILLE, TN 37802 |
| 011 | 000011 | SPRINGLEAF FINANCIAL SERVICES | PO BOX 3251<br>EVANSVILLE, IN 47731 |
| 011 | 000023 | SPRINGLEAF FINANCIAL SERVICES | PO BOX 3251<br>EVANSVILLE, IN 47731 |
| 017 | 000017 | STONEBERRY | PO BOX 2820<br>MONROE, WI 53566-8020 |
| 019 | 000019 | US CELLULAR | DEPT 0205<br>PALATINE, IL 60055-0205 |
| 012 | 000012 | AT&T<br>PO BOX 3517 | C/O AFNI INC<br>BLOOMINGTON, IL 61702-3517 |
| 025 | 000025 | DEPARTMENT OF EDUCATION/MOHELA | 633 SPIRIT DR<br>CHESTERFIELD, MO 63005 |

| | | | |
|---|---|---|---|
| CASE: 1601359 | TRUSTEE: 54 | COURT: 278 | Page 2 of 2 |
| TASK: 05-04-2016.00814614.LSA000 | | DATED: 05/05/2016 | |

| | | | |
|---|---|---|---|
| 013 | 000013 | FIGIS COMPANIES INC<br>PO BOX 800849 | C/O CREDITORS BANKRUPTCY SERVICES<br>DALLAS, TX 75380 |
| 010 | 000010 | SANTANDER CONSUMER USA<br>PO BOC 961275 | DBA CHRYSLER CAPITAL<br>FORT WORTH, TX 76161 |
| 024 | 000024 | UNITED CONSUMER FINANCIAL SERVICES<br>3936 E FT LOWELL SUITE 200 | C/O BASS & ASSOCIATES PC<br>TUCSON, AZ 85712 |

**28 NOTICES**

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 05/05/2016.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    05/05/2016    BY   /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail